## COORDINATOR OF SPECIAL PROJECTS

The Coordinator of Special Projects reports directly to the Director of Institutional Advancement and is responsible for planning and detail work on projects conducted for institutional advancement. Responsibilities frequently entail working nights and weekends with volunteers. He/She shall:

- assist in the recruitment, training, and directing of volunteers;

- assist in organizing, developing and supervising special projects conducted for institutional advancement;

- assist in the development and supervising of volunteer fundraising efforts such as phone-a-thons, raffles and related activities.

- assist in working with alumni, citizen groups, and others that have special relationships with the College;

- assume other responsibilities as assigned by the Director of Institutional Advancement.

Desired Qualifications:

    Education:    Minimum of a Bachelor's Degree.

    Experience:    A minimum of one year working on fundraising or related activities. The ability to type and use a computer as necessary.

12