# Roemer Wallens & Mineaux LLP

May 31, 2007

Joseph P. Carey, P.C.
1081 Main Street
Suite E
Fishkill, New York 12524

**Re:   Salsberg v. Board of Trustees of Dutchess Community College
        Our File No.: DUTCCC.070183**

Dear Mr. Carey:

In response to your letter dated May 14, 2007, please be advised that our office will accept service of the Complaint in the above-referenced matter.

Very truly yours,

Roemer Wallens & Mineaux LLP

William M. Wallens

WMW:ejb

cc: Dr. David Conklin, President

*JUN 2007*
*JOSEPH P. CAREY, P.C.*