AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

~~United~~ States Southern _____ DISTRICT OF ___ New York ___

Diana Salsberg, Individually and
on behalf of others similarly situated

**SUMMONS IN A CIVIL CASE**

V.    Plaintiffs by
     Permissive Joinder,

CASE NUMBER:

The Board Of Trustees of Dutchess
Comunity College

**07 CIV. 3537**

**BRIEANT**

Defendant

TO: (Name and address of defendant)

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joseph P. Carey, P.C.
1081 Main Street, Suite E
Fishkill, New York 12524

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_J. Michael McMahon_
CLERK    CLERK

MAY 0 3 2007
DATE

_[signature] Sonia_
(BY) DEPUTY CLERK