# Roemer Wallens & Mineaux LLP

May 31, 2007

Joseph P. Carey, P.C.
1081 Main Street
Suite E
Fishkill, New York  12524

**Re:   Salsberg v. Board of Trustees of Dutchess Community College
      Our File No.:  DUTCCC.070183**

Dear Mr. Carey:

In response to your letter dated May 14, 2007, please be advised that our office will accept service of the Complaint in the above-referenced matter.

Very truly yours,

Roemer Wallens & Mineaux LLP

William M. Wallens

WMW:ejb

cc: Dr. David Conklin, President

JUN 2007
JOSEPH P. CAREY P.C.

13 Columbia Circle        Ph. 518.464.1300    www.rwmattys.com
Albany, New York  12203   Fx. 518.464.1010    wwallens@rwmattys.com