## CERTIFICATION

This is to certify that on this 18th day of June, 2007, an Answer for Civil Case No.: 07-CV-03537 was electronically delivered to:

Joseph P. Carey, Esq.
Attorney for the Named Plaintiff
1081 Main Street, Suite E
Fishkill, New York   12524

_____
MATTHEW J. KELLY, ESQ.