12596 Salsberg

# UNITED STATES DISTRICT COURT
# SOUTHTERN DISTRICT OF NEW YORK

————————————————————————x

**Diana Salsberg, Individually and
on behalf of others similarly situated**

                    **Plaintiff**     07-CIV-3537
                                       So-Ordered Stipulation

                                               "ECF Case"

                     -against-

**The Board Of Trustees of Dutchess Community College**

                               **Defendant**
————————————————————————x

    The attorneys for the respective parties hereby stipulate:

    Whereas the parties having appeared before this Court on July 13th 2007 for their initial Case Management Conference, and:

    Whereas the Court having directed counsel for the parties to agree to a form of Notice Of Lawsuit With Opportunity To Join, and

    Whereas the annexed Notice Of Lawsuit With Opportunity To Join having been agreed to by counsel for both parties.

    Now therefore the parties by their counsel agree to the annexed Notice Of Lawsuit With Opportunity To Join.

                                                    _____
                                                  Joseph P. Carey, Esq. (JC4096)
                                                  Attorney for Diana Salsberg

                                                  Roemar Wallens & Mineaux, LLP

                                                  By: _____
                                                  Matthew J. Kelly (MK-4223)
                                                  Attorney for Defendant
                                                  The Board Of Trustees Of Dutchess
                                                  Community College

So Ordered

_____
United States District Court Judge

Dated: August 1, 2007