12630 Salsberg

JOSEPH P. CAREY, P.C.

Practice Limited to
Labor, Employment,
Benefits,
Environmental Law, and
Related Litigation

Attorney-at-Law

1081 Main Street
Suite E
Fishkill, New York 12524
(845) 896-0600
Fax: (845) 896-0602
E-Mail: jpcareypc@verizon.net

Melissa Layne
Paralegal

IRS ID # 06-1066056

Matthew J. Kelly, Esq.
Roemar Wallens & Mineaux, LLP
13 Columbia Circle, New York 12203

Re: Salsberg vs. The Board of Trustees
Dutchess Community College
07-CIV-3537

August 31, 2007

Dear Mr. Kelly,

Annexed is a copy of the ECF Request To Participate and Consent To Sue along with Affirmation of Service to you.

Thank you for your attention to this matter.

Very truly yours,

Joseph P. Carey, P.C.

Enc. 3
TJ

Master-of-Laws (in Labor Law) Degree: New York University Graduate School of Law 1961
Member: American Bar Association • Section of Labor and Employment Law
Management Member: Section's Committee on Equal Employment Opportunity
• Section of Litigation
Member: American Employment Law Council