12630 Salsberg

Practice Limited to
Labor, Employment,
Benefits,
Environmental Law, and
Related Litigation

## JOSEPH P. CAREY, P.C.
Attorney-at-Law

1081 Main Street
Suite E
Fishkill, New York 12524
(845) 896-0600
Fax: (845) 896-0602
E-Mail: jpcareypc@verizon.net

Melissa Layne
Paralegal

IRS ID # 06-1066056

Matthew J. Kelly, Esq.
Roemar Wallens & Mineaux, LLP
13 Columbia Circle, New York 12203

Re: Salsberg vs. The Board of Trustees
Dutchess Community College
07-CIV-3537

August 31, 2007

Dear Mr. Kelly,

　　Annexed is a copy of the ECF Request To Participate and Consent To Sue along with Affirmation of Service to you.

　　Thank you for your attention to this matter.

Very truly yours,

*Joseph P Carey*

Joseph P. Carey, P.C.

Enc. 3
TJ

Master-of-Laws (in Labor Law) Degree: New York University Graduate School of Law 1961
Member: American Bar Association • Section of Labor and Employment Law
Management Member: Section's Committee on Equal Employment Opportunity
• Section of Litigation
Member: American Employment Law Council