12629 Salsberg

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

Diana Salsberg, Individually and
on behalf of others similarly situated

                              Plaintiffs
                          By Permissive Joinder

                                              AFFIRMATION OF SERVICE
                                              07-CIV-3537
                                              "ECF Case"
                                              (CLB)

                         -against-

The Board Of Trustees of Dutchess Community College

                              Defendant
_____X

    I, Joseph P. Carey declare under penalty of perjury that I have served a copy of the attached Plaintiff's Request To Participate, and Consent To Sue to Defendant upon Matthew J. Kelly, Esq. Roemar Wallens & Mineaux, LLP 13 Columbia Circle, New York 12203 by First Class Mail.

Dated: August 31, 2007
        Fishkill New York

                                              */s/ Joseph Carey*
                                              Joseph P. Carey, P.C.

                                              1081 Main Street, Suite E
                                              Fishkill, New York 12524
                                              Phone: (845) 896-0600
                                              Fax: (845) 896-0602

                                              *Attorney for Plaintiff*