UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Diana Salsberg, Individually and on behalf of others similarly situated,<br><br>                                             Plaintiff,<br><br>     - against -<br><br>The Board of Trustees of Dutchess Community College,<br><br>                                             Defendant. | : ~~So Ordered~~<br>: **Stipulation of**<br>: **Discontinuance**<br>: *& ORDER*<br>: **07-CV-03537-CLB** |

It is hereby stipulated and agreed by and between the undersigned counsel for the parties, that the above-entitled action be discontinued with prejudice and without cost or attorneys fees to either party and that an Order to that effect may be entered without further notice. This Stipulation may be filed without further notice with the Clerk of the Court.

Joseph P. Carey, P.C.

By: _____
Joseph P. Carey, Esq. (JC4096)
Attorney for Plaintiffs
1801 Main Street, Suite E
Fishkill, New York  12533
(945) 896-0600

SO ORDERED: May 1, 2018

Roemer Wallens & Mineaux LLP

_____
Honorable Charles L. Brieant
United States District Court Judge

By: _____
Matthew J. Kelly, Esq. (MK5773)
Attorney for Defendant
13 Columbia Circle
Albany, New York  12203
(518) 464-1300

Dated:

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____